# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Terrence Bradshaw,<br>*Plaintiff*<br>v.<br><br>Bryan P. Stirling *South Carolina Department of Corrections Agency Director*,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.  0:19-cv-00790-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Terrence Bradshaw, shall take nothing of the defendant, Bryan P. Stirling *South Carolina Department of Corrections Agency Director*, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, affirming the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissing the action.

Date: May 10, 2019               *ROBIN L. BLUME, CLERK OF COURT*

                                                  s/L. Baker
                                    _____
                                    *Signature of Clerk or Deputy Clerk*